# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JOHN WAYNE JENNINGS,<br>*Plaintiff*<br>v.<br><br>JAMES KEY,<br>*Defendant* | )<br>)<br>)  Civil Action No. 4:19-CV-0374-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Petition at ECF No. 1 is DISMISSED WITHOUT PREJUDICE for failure to exhaust state court remedies. Petitioner's in forma pauperis status is REVOKED.
The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith and there is no basis upon which to issue a certificate of appealability. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability is therefore DENIED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE


Date: February 11, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Bridgette Fortenberry
*(By) Deputy Clerk*

s/Bridgette Fortenberry